UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES R. WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA ROSA MEDICAL HOSPITAL, et al.,<br><br>    Defendants. | Case No. 25-cv-06118-SI<br><br>**ORDER RE: RESOURCES AVAILABLE FOR UNREPRESENTED LITIGANTS** |

    Plaintiff M.D. Charles R. Williams, who is representing himself, filed this civil rights and employment action against defendants Santa Rosa Medical Hospital, M.D. Margaret McEvoy, M.D. Eric Hodes, Ridgely Muller, Charles Kassis, Medical Staff of Providence Santa Rosa Memorial Hospital, Anesthesia and Analgesia Medical Group, Inc., M.D. Shea Aiken, Dr. Adeyemi Ogunkoya, and Providence Health Services. This Order is to advise Williams of the free legal resources available to him as an unrepresented litigant.

    First, Williams is referred to the Court's website which includes information about how to represent himself and a link to a copy of the district court's handbook Representing Yourself in Federal Court, which provides instructions on how to proceed at every stage of his case, including discovery, motions, and trial. *See* https://cand.uscourts.gov/pro-se-litigants/

    Second, Williams may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982 or emailing fedpro@sfbar.org. At the Legal Help Center, Williams may speak with an attorney who may be able to provide free basic legal help but not representation. A copy of the Legal Help Center's flyer is attached.

    Finally, Williams is reminded that under Federal Rule of Civil Procedure 4(m), he has until October 20, 2025 to serve defendants with a copy of the summons and complaint in this action. If

he has questions about how to do so, he should contact the Legal Help Center at the above number.

**IT IS SO ORDERED**.

Dated: September 5, 2025

_____
SUSAN ILLSTON
United States District Judge