UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES R. WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>SANTA ROSA MEDICAL HOSPITAL, et al.,<br><br>        Defendants. | Case No. 25-cv-06118-SI<br><br>**ORDER EXTENDING DEADLINE FOR SERVICE; CONTINUING CASE MANAGEMENT CONFERENCE** |

On July, 21, 2025, plaintiff Charles R. Williams, M.D., who is representing himself, filed this civil rights and employment suit. Dkt. No. 1. Federal Rule of Civil Procedure 4(m) provides that summons and complaint must be served on defendants within 90 days after the complaint was filed. Plaintiff has not yet asked for a summons to be issued, and the October 20, 2025 service deadline is fast approaching. Since plaintiff is representing himself, the Court *sua sponte* extends plaintiff's **deadline to serve defendants until November 7, 2025.** If plaintiff does not do so, this action may be dismissed for failure to prosecute.

The Court reminds plaintiff that if he has questions about how to do so he should contact the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982 or emailing fedpro@sfbar.org. Free legal resources are available for unrepresented litigants, as described in this Court's September 5, 2025 order. Dkt. No. 8.

The initial case management conference currently scheduled for October 24, 2025, is **CONTINUED to December 5, 2025. The parties shall file a joint case management conference statement by November 24, 2025.**

**IT IS SO ORDERED**.

Dated: October 7, 2025

SUSAN ILLSTON
United States District Judge