UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES R. WILLIAMS,

Plaintiff,

v.

SANTA ROSA MEDICAL HOSPITAL, et al.,

Defendants.

Case No.  25-cv-06118-SI

**ORDER GRANTING DEFENDANT ANESTHESIA AND ANALGESIA MEDICAL GROUP, INC.'S MOTION TO DISMISS**

Re: Dkt. No. 27

On April 27, 2026, defendant Anesthesia and Analgesia Medical Group, Inc. ("AAMGI") filed a motion to dismiss plaintiff's second amended complaint ("SAC").  Dkt. No. 19.[1]  The motion was fully briefed (Dkt. Nos. 19, 48, 49), and the Court heard oral argument on June 26, 2026.

As discussed at the hearing, the Court dismisses claims 1 and 14-22 without leave to amend.  The Court dismisses claims 2-13 with leave to amend.  However, the Court cautions plaintiff that any amended complaint should comply with Rule 8's "short and plain statement" requirement.  *See*

---

[1] Plaintiff's SAC, filed January 24, 2026, brings 22 claims against 23 defendants.  The claims are as follows: Claim 1 (Whistleblower Retaliation in Violation of Health & Safety Code § 1278.5); Claim 2 (14th Amendment Violation – 42 U.S.C. § 1983); Claim 3 (Racketeer Influenced and Corrupt Organizations Act ("RICO") – 18 U.S.C. § 1962(c)); Claim 4 (Whistleblower/Outsider Animus – 42 U.S.C. § 1985(3)); Claim 5 (Antitrust Violation); Claim 6 (Conspiracy to Restrain Trade – 15 U.S.C. §§ 1, 15); Claim 7 (Conspiracy to Monopolize – 15 U.S.C. §§ 2, 15); Claim 8 (Refusal to Deal/Essential Facilities Monopolize – 15 U.S.C. §§ 2, 15); Claim 9 (Tortious Interference with Business Relationships and Prospective Business Relationships); Claim 10 (Tortious Interference with Employment, Trade or Profession); Claim 11 (Negligent Interference with Prospective Economic Advantages); Claim 12 (Breach of Covenant of Good Faith and Fair Dealing); Claim 13 (Negligence); Claim 14 (Defamation); Claim 15 (Defamation Per Se); Claim 16 (Libel); Claim 17 (Slander); Claim 18 (Wrongful Termination); Claim 19 (Intentional Infliction of Emotional Distress); Claim 20 (Negligent Infliction of Emotional Distress; Claim 21 (Wrongful Termination in Violation of Public Policy – *Tameny* Claim; and Claim 22 (Judicial Deception).

Fed. R. Civ. P. 8(a)(2).

In sum, the Court **GRANTS** defendant AAMGI's motion.  Plaintiff shall file his third amended complaint by **July 17, 2026.**  In addition, the Court extends the responsive pleading deadline for all other defendants in this case until after plaintiff's third amended complaint is filed.

**IT IS SO ORDERED**.

Dated: June 26, 2026

_____
SUSAN ILLSTON
United States District Judge