UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES R. WILLIAMS,

Plaintiff,

v.

SANTA ROSA MEDICAL HOSPITAL, et al.,

Defendants.

Case No. 25-cv-06118-SI

**ORDER TO SHOW CAUSE TO PLAINTIFF'S COUNSEL**

On July 31, 2026, plaintiff Charles Williams filed an amended complaint. Dkt. No. 62. On September 11, 2026, the "Medical Staff Defendants" filed an anti-SLAPP motion. Dkt. Nos. 77-78. On September 22, 2026, defendant Anesthesia and Analgesia Medical Group ("AAMG") filed an anti-SLAPP motion. Dkt. Nos. 88-89. On October 12, 2026, plaintiff Charles Williams filed oppositions to the two anti-SLAPP motions. Dkt. Nos. 97 & 98. Plaintiff's filings are problematic in numerous respects.

First, the docket entries for both oppositions indicate that the filings are redacted, but neither filing is redacted. The Court notes that both anti-SLAPP motions and supporting declarations were filed partially under seal. It is not clear whether plaintiff's oppositions contain material that has been designated by defendants as confidential in defendants' pending administrative motions to seal.

Second, both opposition caption pages list a December 4, 2026 hearing date, but the Clerk scheduled the anti-SLAPP motions for hearing on November 20, 2026. Dkt. No. 91.

Third, plaintiff's counsel did not sign the AAMG opposition brief.

Fourth, the AAMG opposition cover sheet states that it is accompanied by a declaration from counsel; no such declaration was filed.

Finally, plaintiff's declaration filed with the AAMG opposition is (a) unsigned; (b) contains

United States District Court
Northern District of California

numerous brackets denoting subjects requiring confirmation/information from Williams and/or information to be finalized (e.g., "[Dr. Williams to confirm dates and Maxim entry time]"); and (c) references attached exhibits, and yet there are no exhibits.

**Plaintiff's counsel is hereby ORDERED to (1) file corrected opposition papers no later than October 16, 2026; and (2) file a declaration explaining why counsel filed opposition papers riddled with the above-mentioned errors no later than October 16, 2026.** After receipt of counsel's declaration, the Court will determine whether any further corrective measures, including sanctions, are warranted.

**IT IS SO ORDERED**.

Dated: October 14, 2026

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California