UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES R. WILLIAMS,

Plaintiff,

v.

SANTA ROSA MEDICAL HOSPITAL, et al.,

Defendants.

Case No. 25-cv-06118-SI

**ORDER RE: RESPONSE TO ORDER TO SHOW CAUSE; AND REQUEST FOR CLERK TO REASSIGN CASE**

Plaintiff Charles Williams filed this case *pro se* on July 21, 2025 against 11 defendants and Does 1-50, asserting 18 causes of action. Plaintiff's counsel entered a notice of appearance on November 24, 2025, and filed a second amended complaint in January 2026. The operative complaint, which is the third amended complaint, names 27 defendants (and Does 1-50) and asserts 15 causes of action.[1] Defendants have responded to the third amended complaint by filing anti-SLAPP motions to strike and motions to dismiss.

On October 14, 2026, the Court issued an Order to Show Cause to plaintiff's counsel regarding numerous problems with plaintiff's oppositions to the two anti-SLAPP motions, and set a response date of October 16.

On October 17, 2026, plaintiff's counsel filed a response to the Order to Show Cause. Counsel's response contains numerous typographical errors, including "eroor." In his response, counsel states *inter alia* that the focus of his practice is state court criminal law with "some" business litigation in federal court; that he has been playing "catch up" due to the numerous defendants and

[1] The second amended complaint named a total of 24 defendants (and Does 1-50), and asserted 22 causes of action. One defendant moved to dismiss the second amended complaint, and the Court granted that motion and granted plaintiff leave to file a third amended complaint.

United States District Court
Northern District of California

his "late entry" into the litigation; and he apologizes to the Court.

This Court will not be able to preside over this case in 2027, and finds that it is in the interest of judicial efficiency for this case to be reassigned. The judge to whom this case is reassigned may want to consider whether to invoke any of the Court's resources, such as a referral to the Court's Standing Committee on Professional Conduct. *See* Civil Local Rule 11-6.

The Court requests that the Clerk reassign this case to another judge.

**IT IS SO ORDERED**.

Dated: October 20, 2026

Susan Illston

SUSAN ILLSTON
United States District Judge